**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SIANA GORDON, Administratrix of the ESTATE OF JAHAAD ATKINSON | x : | Civil Action No.: 2:23-cv-02884 |
| **and** | : : | |
| WYDEIA KIMBLE, Administratrix of the ESTATE OF AH'YIR WOMACK | : : : | |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | : : | |
| **Defendant.** | : x | |

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S**
**("AMTRAK") MOTION TO COMPEL PLAINTIFFS'**
**WRITTEN DISCOVERY RESPONSES**

Defendant National Railroad Passenger Corporation ("Amtrak"), by and through their attorneys, Landman Corsi Ballaine & Ford P.C., hereby moves this Honorable Court to Compel Plaintiffs Siana Gordon and Wydeia Kimble's responses to Amtrak's First Set of Interrogatories and First Request for Production of Documents, and, in support thereof, avers as follows:

1.      The instant matter is an action asserting wrongful death and survival action claims brought by plaintiffs Siana Gordon and Wydeia Kimble.

2.      Since the initiation of this action, plaintiffs have been unresponsive to any discovery demands, despite multiple follow-ups by the undersigned.

3.      On August 16, 2024, Amtrak propounded on each plaintiff a First Set of Interrogatories and a First Request for Production of Documents. (See 8/16/24 email

correspondence at Exhibit A).  Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, plaintiffs' responses were due on September 15, 2024.

7.  Amtrak did not receive plaintiffs' discovery responses by September 15, 2024.

8.  On September 18, 2024, the undersigned sent plaintiffs' counsel a letter requesting discovery responses from both plaintiffs within ten (10) days of receipt of the letter, or by September 28, 2024. (See 9/18/24 letter at Exhibit B).

9.  Amtrak did not receive plaintiffs' discovery responses by September 28, 2024.

10.  On October 3, 2024, the undersigned sent plaintiffs' counsel a letter again requesting discovery responses from both plaintiffs within five (5) days of receipt of the letter, or by October 8, 2024. (See 10/3/24 letter at Exhibit C).

11.  As of the filing of this Motion, Amtrak has not received plaintiffs' responses to its written discovery demands served on August 16, 2024, or any responses whatsoever to the subsequent letters.

12.  Fact discovery in this matter closes on October 25, 2024. (See Scheduling Order, Docket No. 34).

13.  Without plaintiffs' responses to Amtrak's First Set of Interrogatories and First Request for Production of Documents, Amtrak has suffered severe prejudice in this matter.

14.  Amtrak has been unable move forward with depositions of parties and witnesses as and additional discovery, as plaintiffs have not provided necessary information and documents.

15.   Without discovery responses and depositions, Amtrak has been unable to properly evaluate plaintiffs' claims and prepare its defenses.

16.  Accordingly, Amtrak respectfully requests that this Honorable Court compel plaintiffs Siana Gordon and Wydeia Kimble to provide full and complete responses to Amtrak's

First Set of Interrogatories and First Request for Production of Documents addressed to each plaintiff.

17.    Additionally, Amtrak requests a conference with the Honorable Court to discuss the current case management deadlines, considering plaintiffs' failure to provide discovery responses, the fact discovery deadline of October 25, 2024, and the additional discovery that needs to be completed. Counsel for Amtrak will make themselves available at the Court's convenience.

**WHEREFORE**, Amtrak respectfully requests that this Honorable Court grant the instant Motion, thereby compelling plaintiffs Siana Gordon and Wydeia Kimble to provide their respective responses to Amtrak's First Set of Interrogatories and First Request for Production of Documents within seven (7) days from the issuance of any Order compelling same.

BY:    /s/ *Daniel E. Mulligan*
Daniel E. Mulligan, Esq.
LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendant National Railroad
Passenger Corporation ("Amtrak")

Dated: October 23, 2024