IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIANI GORDON, Administratrix of the ESTATE OF JAHAAD ATKINSON,<br><br>and<br><br>WYDEIA KIMBLE, Administratrix of the ESTATE OF AH'YIR WOMACK,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>Defendant. | Civil Action No.: 2:23-cv-02884-MSG |

PLAINTIFFS' PRETRIAL MEMORANDUM

Plaintiffs, by and through undersigned counsel, respectfully submits this Pretrial Memorandum in advance of trial scheduled for March 13, 2025.

## I. Factual Summary

On Saturday April 29, 2023 at 4:30 pm, 9 year old Jahaad Atikinson and 12 year old Ah'Yir Womack were struck and killed by Amtrak's Northeast Corridor train 161 near the train station located at 450 Highland Avenue in Chester, Pennsylvania. The Minor-Decedents were on the tracks because Amtrak failed to secure its railroad property by negligently maintaining an unsecure fence located at Bridge No. 1480 on Flower St. in Chester, PA, allowing the children – and others for years prior to the subject incident – to access the tracks as a shortcut to a local playground/park.

## II. Plaintiffs' Claims and Pending Motions

The Minor-Decedents' mothers bring suit against Defendant National Railroad Passenger Corporation ("Amtrak") by way of Amended Complaint, alleging negligent and reckless conduct in maintaining and monitoring the subject fence and protecting the safety of pedestrians.

Plaintiffs bring Wrongful Death and Survival Act claims against the Defendant, for all

compensable losses, including loss of future earning capacity for Minor-Atkinson and Minor-Womack in the amounts of $2,203.586 for each child.

Defendant Amtrak asserts that it is not liable because it owed no duty to the Minor-Decedents and its Motion for Summary Judgment is currently pending. Plaintiffs also recently filed a Motion to Reopen Discovery and to Withdraw their Amended Complaint without prejudice – both Motions are currently pending before this Court.

## III. Plaintiffs' Witness List

1. Siani Gordon (Jahaad Atikinson's Mother)
2. Shamar Atkinson (Jahaad Atkinson's Brother)
3. Johnseha Gordon (Jahaad Atkinson's Aunt)
4. Wydeia Kimble (Ah'Yir Womack's Mother)
5. Tyrone Womack (Ah'Yir Womack's Father)
6. Eye Witness Day'On Harmon
7. Kyheem Harmon, aka Beans (Day'On Harmon's Uncle)
8. Sheila Harmon
9. Daryl Crawford
10. Darren Crawford
11. Malachi Crawford
12. Eye Witness Naiin Buckley
13. Shavon Buckley (Naiin Buckley's Mother)
14. Eye Witness Michael Jabree Chambers
15. Eye Witness Zay'Vion Coles
16. Eye Witness Christopher Edgerton
17. Eye Witness Danyel Bryan
18. Amtrak Conductor John Weatherspoon
19. Amtrak Conductor Timothy Morris
20. Amtrak Trainee Dennis Winn
21. Amtrak Engineer Sean Gilliam
22. Amtrak Engineer Chris Edgerton
23. Amtrak Engineer Sean Hughes
24. Amtrak Rail Foreman Preshlock
25. Amtrak Rail Foreman Christopher Edgerton
26. Amtrak Train Master O'Brien
27. Amtrak Road Foreman Robert Lawton
28. Amtrak PD Officer Christian Medina
29. Amtrak PD Officer Andrea
30. Amtrak PD Officer Keyah King
31. Amtrak PD Captain Morgan
32. Amtrak PD Officer William Battista
33. Amtrak PD Officer Kyle Martin Hansen
34. Amtrak PD Officer Robert Weidner
35. Amtrak PD Officer Gary Weatherspoon
36. Amtrak PD Officer Charles Fisher
37. Amtrak PD Officer Michael Polaski

38. Amtrak PD Officer Edward Riley
39. Amtrak PD Officer William McCall
40. Amtrak PD Officer Bresser
41. Amtrak PD Sergeant Marley
42. Amtrak PD Investigator Fisher
43. City of Chester PD Officer Josh Disilvestro
44. City of Chester PD Officer Terrence Broaddus
45. City of Chester PD Officer Brett Foster
46. City of Chester PD Sergeant Michael Dingler
47. City of Chester PD Officer Thomas Geromichalos
48. City of Chester PD Officer German Sabillon
49. City of Chester Housing Officer Reeser
50. Chester Fire Department Battalion Chief Ley
51. Chester Fire Department Ballation Chief McBreen
52. Coroner Justin Arnold
53. Plaintiffs' Track Safety Expert Lawrence Canty
54. Plaintiffs' Economic Expert Andrew Verzilli
55. Records custodians as necessary
56. Any and all witnesses listed by Defendant.

## IV. Plaintiffs' Exhibit List

| EXHIBIT NAME | EXHIBIT NUMBER |
|---|---|
| Deposition Transcript and Exhibits of Day'On Harmon | 1 |
| Deposition Transcript and Exhibits of Shamar Atkinson | 2 |
| Deposition Transcript and Exhibits of Siani Gordon | 3 |
| Deposition Transcript and Exhibits of Wydeia Kimble | 4 |
| CV of Lawrence Canty | 5 |
| Expert Report of Lawrence Canty | 6 |
| CV of Andrew Verzilli | 7 |
| Expert Report of Andrew Verzilli | 8 |
| Scene Photographs | 9 |
| Amtrak PD Incident Report | 10 |
| Chester PD Incident Report | 11 |
| Dash Video of Incident | 12 |
| Death Certificates | 13 |
| Amtrak's Responses to Plaintiffs' Interrogatories | 14 |
| Amtrak's Responses to Plaintiffs' Requests for Production of Documents | 15 |
| All documents exchanged by any party and any non-party | 16 |
| Any and All Exhibits included in Defendant's Lists of Exhibits | 17 |

## V. Plaintiffs' Experts:

Plaintiffs will call track safety expert Lawrence Canty to offer opinions regarding the Defendant's failure to maintain, monitor, and secure its tracks, resulting in the death of the two Minor-Decedents.

Plaintiffs will call expert economist Anrew Verzilli to opine on the Minor-Decedents' loss of

future earning capacity.

## VI. Plaintiffs' Deposition Designations

**Day'On Harmon's February 4, 2025 Deposition Transcript:**

Pages/Lines:
18:18-22:2
22:15-27:6
28:4-29:23
30:21-31:7
32:11-52:14
75:17-75:23
82:9-82:20
86:11-90:13
90:21-92:16
94:4-94:10
95:21-96:12

**Shamar Atkinson's January 8, 2025 Deposition Transcript:**

Pages/Lines:
10:18-11:19
41:13-52:17
73:1-79:19
79:22-94:25

## VII. Itemized Damages

Plaintiffs claim Survival Act damages for the Minor-Decedents' pain and suffering, loss of life's pleasures, and loss of future earning capacity for Minor-Atkinson and Minor-Womack in the amounts of $2,203.586 for each child. Plaintiffs also claim Wrongful Death damages for funeral, burial, and estate administration expenses.

Respectfully Submitted,

*/s/ Emeka Igwe, Esquire*
Emeka Igwe, Esquire
Attorney for Plaintiff
THE IGWE FIRM
1500 John F. Kennedy Blvd, Suite 1900
Philadelphia, PA 19102
Phone:215-278-9898
Email: emeka@igwefirm.com

**McELDREW PURTELL**

By: */s/ Jon Rubinstein*
Jon Rubinstein, Esquire
Gregory R. Kiss, Esquire
123 S. Broad Street, Suite 2250

Philadelphia, PA 19109
Phone: (215) 545-8800
Email: jrubinstein@mceldrewpurtell.com

Dated: April 15, 2025

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Pretrial Memorandum was filed via the Court's electronic filing system and thereby served upon all parties of record.

/s/ Jon D. Rubinstein

Dated: April 15, 2025