# EXHIBIT C

## Nikolas Militano

| | |
|---|---|
| **From:** | Mark Derner |
| **Sent:** | Friday, April 18, 2025 8:14 AM |
| **To:** | Mark Derner |
| **Subject:** | FW: [EXTERNAL] Re: Gordon, Kimble v. Amtrak - plaintiffs' depositions |

**From:** Alicia Pergolese <alicia@igwefirm.com>
**Sent:** Monday, December 2, 2024 4:34 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** Daniel Mulligan <dmulligan@lcbf.com>
**Subject:** [EXTERNAL] Re: Gordon, Kimble v. Amtrak - plaintiffs' depositions

**[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

Dr. Mr. Brunetti and Mr. Mulligan,

Would you kindly provide several dates for Plaintiffs' depositions the weeks of  12/16 and 12/23.

In addition, would you please identify the corporate designee with the most knowledge of the maintenance of the train tracks,  the surrounding premises, as well as the fences surrounding the tracks where the incident occurred.

We would like to depose this individual on one of the  dates you provide in response to this email.

Regards,

Alicia

On Sun, Dec 1, 2024 at 4:11 PM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

Please provide available dates for plaintiffs' depositions.

Thanks,

Yuri J. Brunetti, Esq.

Landman Corsi Ballaine & Ford P.C.

One Penn Center

1617 J.F.K. Boulevard, Suite 955

Philadelphia, PA 19103

Tel. (215) 561-8540

Fax (215) 988-1215

www.lcbf.com

Landman Corsi Ballaine & Ford P.C. N.Y. 212 238-4800 N.J. 973 623-2700 P.A. 215 561-8540 DE 302 514-6901 NOTE: This message, and any attached files, may contain privileged or confidential information. It is intended for use only by the addressee(s). Any disclosure, copying or distribution of, or reliance upon, this message by anyone else is strictly prohibited. If you received this message in error, please notify the sender by reply e-mail message or by telephone to one of the numbers above.

--
Alicia Pergolese
Paralegal
The Igwe Firm
Two Penn Center
1500 JFK Blvd., Suite 1900
Philadelphia, PA 19102
Tel: 215-278-9898
Fax: 215-893-3812
Email: alicia@igwefirm.com
Web: www.igwefirm.com