# EXHIBIT D

## Nikolas Militano

| | |
|---|---|
| **From:** | Mark Derner |
| **Sent:** | Friday, April 18, 2025 9:42 AM |
| **To:** | Mark Derner |
| **Subject:** | FW: [EXTERNAL] Gordon and Kimble v. Amtrak |

**From:** Alicia Pergolese <alicia@igwefirm.com>
**Sent:** Friday, January 31, 2025 1:34 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** emeka <emeka@igwefirm.com>
**Subject:** Re: [EXTERNAL] Gordon and Kimble v. Amtrak

**[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

Hi Yuri,

The deposition of Day'on will be February 4th (not 2/24), which is next Tuesday at noon in our offices.

In addition, 2/18 is good for the Amtrak Representative.

Thanks.

On Fri, Jan 31, 2025 at 1:08 PM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

What time on 2/24?  I need to check with Amtrak rep.

The Amtrak deponent is available the week of 2/17, but 2/17 is his first day back after 2 weeks away, 2/17 itself likely will not be available. Would 2/18 or 2/21 work?  I am not available on 2/19.

Yuri J. Brunetti, Esq.

**From:** Alicia Pergolese <alicia@igwefirm.com>
**Sent:** Friday, January 31, 2025 12:56:07 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** emeka <emeka@igwefirm.com>
**Subject:** Re: Fw: [EXTERNAL] Gordon and Kimble v. Amtrak

1

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Good Afternoon Yuri,

Emeka is currently out of town, however, I wanted to respond to your email.

Are you available Tuesday, February 4, 2024, for the deposition of Day'on Harmon (Minor Witness)? We have secured this date as well as confirmed it with him.  The deposition will be held in our offices.

With regard to the Amtrak Police representative, we are good for the deposition to be conducted on February 17th.

Would you kindly let me know about Tuesday?

Regards,

Alicia

On Fri, Jan 31, 2025 at 9:51 AM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

Emeka –

The Amtrak Police representative we have been trying to coordinate with is away all next week and the following week,  he will be attending a training program in the Chicago area.  He is available the week of 2/17/25.

I welcome your thoughts on how to proceed.  Testimony the week of 2/17/25 is prior to the MSJ response deadline, so it may be an option, but I would need to discuss same with my client.

**From:** Emeka Igwe <emeka@igwefirm.com>
**Sent:** Thursday, January 23, 2025 10:30 AM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** Alicia Pergolese <alicia@igwefirm.com>
**Subject:** Re: Fw: [EXTERNAL] Gordon and Kimble v. Amtrak

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

Good morning Yuri,

We would like to depose either the Chief of Police, Amtrak Police Department or Designee assigned to the Mid-Atlantic
Division, which includes Chester, Pennsylvania.

For the individual is properly prepared, possible areas of inquiry include:

1) Preventing trespassing on or around Amtrak properties.

2) Enforcing laws related to pedestrian access to railroad tracks and facilities.

3) Patrolling areas where trespassing is more likely, such as near stations, crossing points, and in areas with damaged or inadequate fencing.
4) Responding to reports of suspicious activity or individuals on the tracks.
5) Promoting Public Awareness and Safety through programs like Operation

6) Collaborating with Other Agencies to address safety issues and enforce laws regarding railroad trespassing and vandalism.
7) Data Collection and Reporting on incidents of trespassing and vandalism. Please have them bring any reports related to this area of inquiry.

Let me know if we can do both depositions (of the young witness and Amtrak designee) on either February 3 or 4, unless you want to do it earlier.

Emeka

On Mon, Jan 20, 2025 at 4:56 PM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

I need clarification as to the Amtrak rep, I am not sure what you are looking for.  You initially requested someone to discuss fencing along the tracks.  However, when we spoke after the recent depositions at your office, we discussed the fact that Judge Goldberg confirmed in his Order granting the motion for judgment on the pleadings that Amtrak has no duty to fence the tracks.  You mentioned something about a witness to address trespassing incidents, but I do not have anything in writing that specifies the proposed areas of inquiry.

**From:** Emeka Igwe <emeka@igwefirm.com>
**Sent:** Monday, January 20, 2025 4:43 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** Alicia Pergolese <alicia@igwefirm.com>
**Subject:** Re: Fw: [EXTERNAL] Gordon and Kimble v. Amtrak

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

---

Great, I don't need to even see it, you can just file it on the docket.

I will wait for your availability before we set up the reps. In addition to the witness, please also provide the availability of the Amtrak rep we spoke about. Thank you.

Emeka

On Mon, Jan 20, 2025 at 4:34 PM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

I will draft the letter.

**From:** Emeka Igwe <emeka@igwefirm.com>
**Sent:** Monday, January 20, 2025 4:12 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** Alicia Pergolese <alicia@igwefirm.com>
**Subject:** Re: Fw: [EXTERNAL] Gordon and Kimble v. Amtrak

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

The letter is a good idea. Do you want to draft or should I?

Emeka

On Mon, Jan 20, 2025 at 4:09 PM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

Amtrak is closed today, so I cannot check with them regarding availability until tomorrow.  Thursday or Friday this week may work for me.

My preference would be to extend the MSJ deadline for 2 weeks, given the potential impact of testimony.  However, the deadline is 2 days away, we may not get a response from the Judge, and the Court is closed today.  Perhaps a quick letter to the Judge tomorrow morning would suffice.  We can explain that your office recently located a witness who was present and you plan to depose him.

**From:** Emeka Igwe <emeka@igwefirm.com>
**Sent:** Monday, January 20, 2025 3:55 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Cc:** Alicia Pergolese <alicia@igwefirm.com>
**Subject:** Re: Fw: [EXTERNAL] Gordon and Kimble v. Amtrak

<mark>[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]</mark>

---

Good afternoon Yuri,

We were able to locate the witness and are available to be deposed at your convenience. Are you available for his deposition anytime this week? We can also extend the time for you to file any motions for MSJ if needed. Please let us know. Thank you.

Emeka

On Thu, Jan 16, 2025 at 3:50 PM Yuri Brunetti <ybrunetti@lcbf.com> wrote:

Has this deposition for tomorrow been confirmed? I emailed Alicia but got no response as of yet.

**From:** Alicia Pergolese <alicia@igwefirm.com>
**Sent:** Monday, January 13, 2025 4:44 PM
**To:** Yuri Brunetti <ybrunetti@lcbf.com>
**Subject:** Re: [EXTERNAL] Gordon and Kimble v. Amtrak

<mark>[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]</mark>