**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SIANI GORDON, Administratrix of the ESTATE OF JAHAAD ATKINSON, | Civil Action No.: 2:23-cv-02884-MSG |
| and | |
| WYDEIA KIMBLE, Administratrix of the ESTATE OF AH'YIR WOMACK, | |
| Plaintiffs, | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | |
| Defendant. | |

**PLAINTIFFS SIANI GORDON, Administratrix of the ESTATE OF JAHAAD ATKINSON, and WYDEIA KIMBLE, Administratrix of the ESTATE OF AH'YIR'S PROPOSED JURY VOIR DIRE**

Plaintiffs hereby request that the following questions be asked of all potential jurors, with the opportunity for counsel to follow-up with individual examination of the jurors as appropriate.

1. In order to be qualified to serve on a jury, a person must have certain qualifying characteristics. A juror must be: Age 18 or older; A citizen of the United States; Able to read and understand the English language; Also, a juror must not: Have been convicted of any indictable offense in any state or federal court And must not have any physical or mental disability which would prevent the person from properly serving as a juror. Please consider that the Judiciary will provide reasonable accommodations consistent with the Americans with Disabilities Act. Is there any one of you who does not meet these requirements?

2. This trial is expected to last for 5-10 days. Is there anything about the length or scheduling of the trial that would interfere with your ability to serve?

3. Do you have any medical, personal or financial problem that would prevent you from serving on this jury?

4. Do any of you have a special need or require a reasonable accommodation to help you in listening, paying attention, reading printed materials, deliberating, or otherwise participating as a fair juror? The court will provide reasonable accommodations to your special needs but I will only be aware of any such needs if you let me know about them. My only purpose in asking you these circumstances relates to your ability to serve as a juror. If you have any such request, please raise your hand and I will speak to you at sidebar.

1

5. Introduce the lawyers and the parties. Do any of you know any of the lawyers? Have any of them or anyone in their office ever represented you or brought any action against you?

6. Do you know any of the plaintiffs or defendant or the following witnesses:

7. This case is about the following: On April 29, 2023 at 4:30 pm, 9-year-old Jahaad Atikinson and 12-year-old Ah'Yir Womack were struck and killed by Amtrak's Northeast Corridor train 161 near the train station located at 450 Highland Avenue in Chester, Pennsylvania. The Minor-Decedents were on the tracks because Amtrak failed to secure its railroad property by negligently and recklessly maintaining and monitoring an unsecure fence located at 500 Engle Street in Chester, PA, allowing the children – and others for years prior to the subject incident – to access the tracks as a known shortcut to a local park and for failing to monitor this permissive crossing. The Minor-Decedents' mothers sued Defendant National Railroad Passenger Corporation ("Amtrak") by way of Amended Complaint (Doc. 30), alleging negligent and reckless conduct in maintaining the subject fence and protecting the safety of pedestrians on a permissive crossing. Plaintiffs brought Wrongful Death and Survival Act claims against Defendant Amtrak for all compensable losses, including loss of future earning capacity for Minor-Jahaad Atkinson and Minor-Womack in the amounts of $2,203.586 for each child. The Defendant denies they are responsible and denies all damages claimed by the Plaintiffs.

8. Do you know anything about this case from any source other than what I've just told you?

9. Have you or any family member or close personal friend ever filed a claim or a lawsuit of any kind?

10. Has anyone ever filed a claim or a lawsuit against you or a member of your family or a close friend?

11. Have you or a family member or close personal friend either currently or in the past been involved as either a plaintiff or a defendant in a lawsuit involving damages for personal injury?

12. A plaintiff is a person or corporation for other entity] who has initiated a lawsuit. Do you have a bias for or against a plaintiff simply because he or she has brought a lawsuit?

13. If the law and evidence warranted, would you be able to render a verdict in favor of the plaintiff or defendant regardless of any sympathy for or bias against either party that you may have?

14. Based on what I have told you, is there anything about this case or the nature of the claim, itself, that would interfere with your ability to be fair and impartial and to apply the law as instructed by the court?

15. Can you accept the law as explained by the court and apply it to the facts regardless of your personal beliefs about what the law is or should be?

16. Have you ever served on a trial jury before today, in any state court or federal court?

17. Would your verdict in this case be influenced in any way by any factors other than the evidence in the courtroom, such as friendships or family relationships or the type of work you do?

18. The law requires that a plaintiff has to prove fault of a defendant by a preponderance of the evidence before he or she is entitled to recover money damages from that defendant.

19. Do you have any difficulty accepting that concept?

20. The law allows an award of damages for pain and suffering and loss of future earning capacity, among other things, even if the person who suffered is deceased by the time that the trial begins. Would you have any difficulty in awarding such damages, and substantial damages if proven, in the appropriate situation?

**Biographical Questions**

2

21. You have answered a series of questions about civil trials and civil cases. Now we would like to learn a little bit about each of you. Please tell us the type of work you do; whether you have ever done any type of work which is substantially different from what you do now; whether you've served in the military; what is your educational history; who else lives in your household and the type of work they do, if any; whether you have any children living elsewhere and the type of work they do; which television shows you watch; any sources from which you learn the news, i.e. the newspapers you read or radio or TV news stations you listen to

22. What you do in your spare time and anything else you feel is important.

**Requested Open-Ended Questions**

1.      What are your thoughts and feelings about the right of citizens to sue for money damages for things like pain and suffering, loss of life's pleasures, and loss of future earning capacity caused by someone else's wrongdoing?

2.      What are your thoughts or feelings about whether there should be a cap or upper limit in the amount of damages that a person can recover from a lawsuit?

3.      Is there anything, whether or not covered in the previous questions, which would affect your ability to be a fair and impartial juror or in any way be a problem for you in serving on this jury?

4.      Do you possess any special train or construction training of any nature?

Respectfully Submitted,

/s/ Emeka Igwe, Esquire
Emeka Igwe, Esquire
Attorney for Plaintiff
THE IGWE FIRM
1500 John F. Kennedy Blvd, Suite 1900
Philadelphia, PA 19102
Phone:215-278-9898
Email: emeka@igwefirm.com

**McELDREW PURTELL**

By: */s/ Jon D. Rubinstein*
Jon D. Rubinstein, Esquire
Gregory R. Kiss, Esquire
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
Phone: (215) 545-8800
Email: jrubinstein@mceldrewpurtell.com
*Attorneys for Plaintiff*

Dated: April 30, 2025

3

## <u>CERTIFICATE OF SERVICE</u>

The foregoing was filed via the Court's electronic filing system and thereby served upon all parties/counsel of record.


<em><u>/s/ Jon D. Rubinstein</u></em>

Dated: April 30, 2025