IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIANA GORDON, Administrator of the Estate of JAHAAD ATKINSON,<br><br>and<br><br>WYDEIA KIMBLE, Administrator of the Estate of AH'YIR WOMACK,<br>    *Plaintiffs,*<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>    *Defendant.* | Civil No. 23-2884 |

## ORDER

**AND NOW**, this 17th day of July, 2025, upon consideration of Defendant National Railroad Passenger Corporation's Motion for Summary Judgment (ECF No. 47), Plaintiffs' Response, Defendant's Reply, and following oral argument, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum. **JUDGMENT** is entered in favor of Defendant and against Plaintiffs on all counts.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge